

United States District Court
Eastern District of California

Kevin Thompson, et al.

Plaintiff(s)

V.

TCF National Bank, et al.

Defendant(s)

Case Number: 2:22-CV-00257-MCE-KJN

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, JUSTIN J. BUSTOS hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
The Huntington National Bank

On 09/12/2007 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Nevada (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/18/2022         Signature of Applicant: /s/ Justin J. Bustos

**Pro Hac Vice Attorney**

Applicant's Name: JUSTIN J. BUSTOS

Law Firm Name: Dickinson Wright PLLC

Address: 100 W. Liberty Street, Suite 940

City: Reno          State: NV     Zip: 89501

Phone Number w/Area Code: (775) 343-7503

City and State of Residence: Reno, Nevada

Primary E-mail Address: jbustos@dickinsonwright.com

Secondary E-mail Address: cadkins@dickinsonwright.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: JOHN P. DESMOND

Law Firm Name: Dickinson Wright PLLC

Address: 100 W. Liberty Street, Suite 940

City: Reno          State: NV     Zip: 89501

Phone Number w/Area Code: (775) 343-7505     Bar #: 176430

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/24/2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT OF THE STATE OF NEVADA

I, Elizabeth A. Brown, Clerk of the Supreme Court of the State of Nevada, do hereby certify that JUSTIN J. BUSTOS (Bar No. 10320) was on the 12th day of September, 2007, duly admitted as an attorney and counselor at law to practice in all the courts of the State of Nevada; and that the Supreme Court of Nevada is the highest court in this state;

I FURTHER CERTIFY that the said JUSTIN J. BUSTOS is now in good standing; and that his name now appears on the Roll of Attorneys in this office.



IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE OFFICIAL SEAL OF SAID SUPREME COURT, AT MY OFFICE IN CARSON CITY, NEVADA, THIS 15TH DAY OF FEBRUARY, 2022.

ELIZABETH A. BROWN, CLERK
SUPREME COURT
STATE OF NEVADA

*Sandy Young*
Deputy Clerk