Frank Bloksberg, SBN 150809
578 Sutton Way, #377
Grass Valley, CA 95945-5390
Tel: (530) 478-0170
Fax: (530) 478-0170
email: frank@bloksberglaw.com

*Attorney for Plaintiffs*
*Kevin Thompson and Mia Nash*

Justin Bustos, *Pro Hac Vice*
Dickinson Wright PLLC
100 W. Liberty, Suite 940
Reno, Nevada 89501
Tel: 775-343-7500
Fax: 844-670-6009
Email: JBustos@dickinson-wright.com

*Attorneys for Defendant*
*The Huntington National Bank*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **Kevin Thompson and Mia Nash** | Case No.: 2:22-cv-00257-MCE-KJN |
| Plaintiffs, | **ORDER DISMISSING DEFENDANT TCF NATIONAL BANK WITHOUT PREJUDICE** |
| vs. | |
| **TCF National Bank, The Huntington National Bank, and Does 1 through 50, inclusive.** | **Judge: Hon. Morrison C. England, Jr.** |
| Defendants. | |

///

///

1

**ORDER DISMISSING DEFENDANT TCF NATIONAL BANK WITHOUT PREJUDICE**

Upon consideration of the Stipulation to Dismiss Defendant TCF National Bank Without Prejudice ("Stipulation"), and good cause appearing, IT IS HEREBY ORDERED that the Stipulation is GRANTED. Defendant TCF National Bank, only, is hereby dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated:  May 19, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

**ORDER DISMISSING DEFENDANT TCF NATIONAL BANK WITHOUT PREJUDICE**