UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN THOMPSON and MIA NASH,<br><br>Plaintiffs,<br><br>v.<br><br>THE HUNTINGTON NATIONAL BANK, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 2:22-cv-00257-MCE-KJN<br><br><br><br>**ORDER** |

Having reviewed and considered the parties' Stipulation for a Settlement Conference and Stay of Discovery and request for entry of an order pursuant to Federal Rule of Civil Procedure 16(b), the parties' request for a Settlement Conference and Stay of Discovery, ECF No. 20, is GRANTED. This matter is REFERRED to the assigned Magistrate Judge for Settlement Conference. Not later than fourteen (14) days from the date of this Order, the parties are directed to contact the assigned Magistrate Judge's courtroom deputy for the scheduling of that conference.

Discovery is STAYED pending the completion of the Settlement Conference. The discovery cut-off provided in the Initial Pretrial Scheduling Order is extended for the amount of time from the date of this Order until the date the Settlement Conference is completed. If this matter does not settle at the Settlement Conference, the parties shall

1

submit a joint status report and an order stating the new discovery cut-off date within fourteen (14) days after the conclusion of the Settlement Conference.

IT IS SO ORDERED.

Dated:  October 6, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE