JOHN P. DESMOND (SBN 176430)
JUSTIN J. BUSTOS (*pro hac vice*)
DICKINSON WRIGHT PLLC
100 W. Liberty, Suite 940
Reno, Nevada  89501
Tel: 775-343-7505
Fax: 844-670-6009
E-mail:  jdesmond@dickinsonwright.com
E-mail: jbustos@dickinsonwright.com

*Attorneys for Defendant The Huntington National Bank*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Thompson and Mia Nash,<br><br>                              Plaintiffs,<br><br>vs.<br><br>TCF National Bank, The Huntington National Bank, and DOES 1 through 50, inclusive,<br><br>                              Defendants. | Case No.:  2:22-cv-00257-MCE-KJN<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant The Huntington National Bank ("Defendants"), and Plaintiffs Kevin Thompson and Mia Nash (collectively, "Plaintiffs"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The parties have entered into a Confidential Settlement Agreement that resolves all claims by and between the parties.

2. In accordance with Fed. R. Civ. P. 41(a)(1)(ii), the parties agree that all claims shall be dismissed, with prejudice, with each party to bear his/her/its own attorneys' fees and costs.

///

///



STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

**IT IS SO STIPULATED.**

Dated: <u>March 3, 2023</u>

LAW OFFICES OF FRANK BLOKSBERG

<u>/s/ Frank Bloksberg (as authorized on 03/03/23)</u>
Frank Bloksberg
Attorney at Law
578 Sutton Way, #377
Grass Valley, CA 95945
Tel: (530) 478-0170
Email: frank@bloksberglaw.com
*Attorney for Plaintiffs Kevin Thompson and Mia Nash*

Dated: <u>March 3, 2023</u>

DICKINSON WRIGHT PLLC

<u>/s/ Justin J. Bustos</u>
JOHN P. DESMOND
Nevada Bar No. 5618
JUSTIN J. BUSTOS
Nevada Bar No. 10320
100 W. Liberty, Suite 940
Reno, Nevada 89501
Tel: 775-343-7505
Fax: 844-670-6009
Email: jdesmond@dickinsonwright.com
Email: jbustos@dickinsonwright.com
*Attorneys for Defendant The Huntington National Bank*

**ORDER**

In accordance with Fed. R. Civ. P. 41(a)(1)(ii), this case is hereby DISMISSED with prejudice. Each party shall bear his/her/its own attorneys' fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: March 14, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE



STIPULATION AND ORDER TO DISMISS WITH PREJUDICE